

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2019

No. 04-19-00541-CV

Richard **LARES**,
Appellant

v.

Karina **GUEVARA**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-12518
Honorable Michael E. Mery, Judge Presiding

# O R D E R

On August 18, 2019, appellant Richard Lares filed a motion for leave, in which, among other things, he requests that this court allow him to proceed in his appeal without paying costs because of his indigency. In support of his motion, appellant filed an affidavit averring to his inability to pay costs. On September 10, 2019, the trial court clerk filed a notice of late record, stating that she was unable to file the clerk's record because appellant has not paid the fee for preparing the clerk's record and because appellant is not entitled to appeal without paying the fee. The trial court's objection to appellant's request to proceed without paying costs does not comply with the requirements of rule 145(f)(1) of the Texas Rules of Civil Procedure. In light of the foregoing, we order that any party, the trial court clerk, or any trial court reporter who wishes to file an objection to appellant's affidavit must do so, if at all, within ten days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2019.



Keith E. Hottle,
Clerk of Court